FILED
CHARLOTTE, NC

MAR 17 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **DOCKET NO.** 3:26 cr 53-KDB |
| ) | |
| ) | **BILL OF INDICTMENT** |
| ) | |
| **v.** ) | **Violations:** |
| ) | **18 U.S.C. § 2251(a)** |
| ) | **18 U.S.C. § 2252A(a)(2)(A)** |
| **DONNA BROWN** ) | **18 U.S.C. § 2252A(a)(5)(B)** |
| ) | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
(Production of Child Pornography)

On or about May 24, 2025, in Mecklenburg County, within the Western District of North Carolina and elsewhere, the defendant,

**DONNA BROWN,**

attempted to, and did, employ, use, persuade, induce, and entice a minor, that is, Minor Victim, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct and defendant knew and had reason to know that the visual depiction would be transported or transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and that visual depiction has been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a) & (e).

**COUNT TWO**
(Production of Child Pornography)

On or about June 1, 2025, in Mecklenburg County, within the Western District of North Carolina and elsewhere, the defendant,

**DONNA BROWN,**

attempted to, and did, employ, use, persuade, induce, and entice a minor, that is, Minor Victim, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such

conduct and defendant knew and had reason to know that the visual depiction would be transported or transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and that visual depiction has been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a) & (e).

## **COUNT THREE**
(Production of Child Pornography)

On or about June 2, 2025, in Mecklenburg County, within the Western District of North Carolina and elsewhere, the defendant,

## **DONNA BROWN,**

attempted to, and did, employ, use, persuade, induce, and entice a minor, that is, Minor Victim, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct and defendant knew and had reason to know that the visual depiction would be transported or transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and that visual depiction has been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a) & (e).

## **COUNT FOUR**
(Receipt of Child Pornography)

On or about September 15, 2025, in Mecklenburg County, within the Western District of North Carolina and elsewhere, the defendant,

## **DONNA BROWN,**

knowingly received any child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce, and that has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(2)(A) & (b)(1).

## COUNT FIVE
(Possession and Access with Intent to View Child Pornography
Involving Prepubescent Minors)

From on or about May 14, 2022, and continuing through on or about November 6, 2025, in Mecklenburg County, within the Western District of North Carolina and elsewhere, the defendant,

**DONNA BROWN,**

did knowingly possess, and access with intent to view, any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor and a minor who had not attained 12 years of age, and that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) & (b)(2).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 18 U.S.C. § 2253. The following property is subject to forfeiture in accordance with Section 2253:

a. Any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such depiction, which was produced, transported, mailed, shipped, or received during the violations set forth in this bill of indictment;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from proceeds of the violations;

c. Any property, real or personal, used or intended to be used to commit or promote the violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b) and (c).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a. Samsung S25, seized on November 3, 2025, and identified as Item 1 in evidence; and

b.   Samsung S22, seized on November 6, 2025, and identified as Item 15 in evidence.

A TRUE BILL:



FOREMAN

RUSS FERGUSON
UNITED STATES ATTORNEY

DANIEL CERVANTES
ASSISTANT UNITED STATES ATTORNEY